UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMMARIE NORMAN, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

    Plaintiff,

v.

HAF EDGECOMBE ASSOCIATES, L.P. and
128 T EDGECOMBE DELI CORP.,

    Defendants.

Civil Action No.: 22-cv-9877 (CM)(SLC)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/2024

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

**WHEREAS,** on November 18, 2022, Plaintiff KIMMARE NORMAN ("Plaintiff") filed a Complaint in the above-caption action, asserting claims against Defendants HAF EDGECOMBE ASSOCIATES, L.P. ("HAF Edgecombe") and 128 T EDGECOMBE DELI CORP., ("128 Deli") HAF Deli has not appeared in this action;

**WHEREAS,** Plaintiff and HAF Edgecombe (hereafter referred to as "the Parties") reached a settlement of Plaintiff's claims asserted in this action. The Parties have entered into a Negotiated Settlement Agreement (the "Settlement Agreement"), memorializing the Parties' settlement;

**WHEREAS,** Defendant HAF Edgecombe dismisses, without prejudice, the cross claims filed against 128 Deli; and

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the Parties, that this action is hereby dismissed in its entirety, with prejudice as to Plaintiff's claims asserted herein. No attorneys' fees or costs will be awarded to either Party by the Court.

1

Respectfully submitted.

| | |
|---|---|
| LAW OFFICES OF JAMES E. BAHAMONDE, P.C. | JACKSON LEWIS P.C. |
| By: /s/ *James E. Bahamonde* <br>    James E. Bahamonde, Esq. <br> *ATTORNEYS FOR PLAINTIFF* <br> 2501 Jody Court, <br> North Bellmore, NY 11710 <br> (646) 290-8258 | By: /s/ *Mary A. Smith* <br>    Mary Smith, Esq. <br>    Jill Chow, Esq. <br> *ATTORNEYS FOR DEFENDANT HAF EDGECOMBE* <br> 666 Third Avenue, 29th Floor <br> New York, New York 10017 <br> (212) 545-4000 |
| Dated: December 11, 2023 | Dated: December 11, 2023 |

SO ORDERED on this __26__ day of __November__, 2023.

_____
USDJ